UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PHILIP H. SHUM,<br><br>                       Plaintiff,<br>v.<br>AMERICAN STERLING BANK, et al.<br><br>                       Defendants. | Case No. 2:14-cv-00973-APG-PAL<br><br>ORDER |

This matter is before the court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1.  The Complaint in this matter was filed in state court and removed (Dkt. #1) to Federal District Court June 17, 2014.  Defendants filed a Motion to Dismiss (Dkt. #6) June 23, 2014.  LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case.  LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed.  Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires.  To date, Plaintiff has failed to comply.  Accordingly,

**IT IS ORDERED** Plaintiff shall file his Certificate as to Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., August 12, 2014.**  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 29th day of July, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE