**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| PHILIP H. SHUM, | Case No. 2:14-cv-0973-APG-PAL |
| Plaintiff, | **ORDER DISMISSING DEFENDANT PULTE MORTGAGE LLC** |
| v. | |
| AMERICAN STERLING BANK, et al., | |
| Defendants. | |

On September 10, 2014, Plaintiff was advised by the court (Dkt. #15) that this action would be dismissed without prejudice as to defendant Pulte Mortgage LLC unless on or before October 10, 2014, Plaintiff filed proper proof of service or showed good cause why such service was not timely made.  Plaintiff has failed to file proof of service nor shown good cause.  Nor has Plaintiff shown cause why this action should not be dismissed without prejudice as to that defendant for failure to effect timely service pursuant to FRCP 4(m).  Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and hereby is, **DISMISSED without prejudice** only as to defendant Pulte Mortgage LLC.

Dated:  October 17, 2014.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE