# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PHILIP H. SHUM,<br><br>                        Plaintiff,<br><br>v.<br><br>AMERICAN STERLING BANK; MERS; FREDDIE MAC; PULTE MORTGAGE, LLC dba DEL WEBB HOME FINANCE; Does I-X, inclusive, ROE Corporations I-X, inclusive,<br><br>                        Defendants. | Case No. 2:14-cv-00973-APG-PAL<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>(Dkt. #17) |

      Plaintiff has filed a motion for a Temporary Restraining Order and Preliminary Injunction blocking defendants from conducting a foreclosure sale of property located at 4233 Hebron Drive, Las Vegas, Nevada. (Dkt. #17.)  That property was sold at a foreclosure sale on April 25, 2014. (Dkt. #20 at 2:27-28.)   Because there is no sale to be enjoined, the motion is moot. *Protectmarriage.com-Yes on 8 v. Bowen*, 752 F.3d 827, 834 (9th Cir. 2014) ("We are unable to effectively remedy a present controversy between the parties where a plaintiff seeks to enjoin an activity that has already occurred, and we cannot 'undo' that action's allegedly harmful effects.").

      **IT IS THEREFORE ORDERED** that plaintiff's Motion for Temporary Restraining Order, Injunction and Declaratory Relief (Dkt. #17) is DENIED AS MOOT.

      Dated: October 23, 2014.

                                                          ANDREW P. GORDON
                                                           UNITED STATES DISTRICT JUDGE